ALBERT DECKER and THEODORE DECKER v. STATE.

No. A-376.     Opinion Filed March 21, 1911.

Appeal from District Court, Comanche County; J. T. Johnson, Judge.

The appellants were tried in the district court of Comanche county on a charge of assault with intent to kill, and convicted of simple assault, and appeal. Affirmed.

B. M. Parmenter and C. O. Clark, for appellants.
Smith C. Matson, Asst. Atty. Gen., for appellee.

PER CURIAM. The appellants were tried in the district court of Comanche county on a charge of assault with intent to kill and were convicted of a misdemeanor. Albert Decker was sentenced to serve sixty days and Theodore Decker to serve thirty days in the county jail and pay the costs of the prosecution. The judgment of the court below is affirmed.